**STATE ex rel. Eric B. HICKERSON, Appellant,**

v.

**Gaye Lynn FIFE**

and

**Margie Bontz, Respondents.**

No. ED 99219.

Missouri Court of Appeals,
Eastern District,
Division One.

April 16, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 23, 2013.

Eric B. Hickerson, Bowling Green, MO, for Appellant Acting Pro Se.

Chris Koster, Attorney General, Martha E. Ravenhill, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Relator Eric B. Hickerson appeals the judgment denying his petition for a writ of mandamus. We find that the trial court did not err in denying Hickerson's petition for a writ of mandamus.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).